In the Matter of the INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent, against W. E. HEDGER TRANSPORTATION CORPORATION, Judgment Debtor. HAIGHT, DEMING, GARDNER, POOR & HAVENS, Third Party; HORACE M. GRAY, Claimant-Appellant.

Submitted April 5, 1954; decided April 15, 1954.

*Edward R. Phillips* for motion.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Emanuel Strauss* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.